AO 243 (Rev. 09/17)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

1:25-cv-03336-LKG

| United States District Court | District of Maryland | |
|---|---|---|
| Name (under which you were convicted): Dante Bailey | | Docket or Case No.: ccb16-0267 |
| Place of Confinement: USP CANAAN | | Prisoner No.: 41513-037 |
| UNITED STATES OF AMERICA  V. | | Movant (include name under which convicted): Dante Bailey |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court of Maryland, Baltimore

   (b) Criminal docket or case number (if you know): ccb-16-0267

2. (a) Date of the judgment of conviction (if you know): May 1, 2019
   
   (b) Date of sentencing: November 5, 2019

3. Length of sentence: life plus 10 years

4. Nature of crime (all counts):

   Conspiracy to participate in a Racketeering enterprise; Conspiracy to distribute a kilogram or more of heroin and 280 grams or more of crack cocaine; murder in aid of racketeering; possession of firearms by a felon; and possession with the intent to distribute heroin.

5. (a) What was your plea? (Check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [X]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [X]

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes [x]   No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: U.S. Court of Appeals for the 4th circuit
   (b) Docket or case number (if you know): 20-4566
   (c) Result: Affirmed
   (d) Date of result (if you know): June 12, 2004
   (e) Citation to the case (if you know): n/a
   (f) Grounds raised:

   A FULL ACCOUNT OF THE GROUNDS RAISED ON DIRECT
       REVIEW IS IN THE MEMORANDUM OF LAW'S
          FACTS AND PROCEDUREAL HISTORY.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [X]   No [ ]
       If "Yes," answer the following:
       (1) Docket or case number (if you know):
       (2) Result: Certiorari Denied
       (3) Date of result (if you know): October 7, 2024
       (4) Citation to the case (if you know):
       (5) Grounds raised:

   Does the warrant clause require a new trial- and the right to seek suppression of evidence- when newly- discovered undisputed evidence establishes that an affiant applying to District and Magistrate Judges for wiretap orders and search warrants in bad faith concealed his prior felomious conduct, tainting the evidence obtained directly and derivatively from those orders and warrants.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [ ]   No [X]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: _____
    (5) Grounds raised:

N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result:     N/A
    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result:     N/A
    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☐
    (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**      SEE ATTACHMENT A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE ATTACHMENT A

(b) **Direct Appeal of Ground One:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
         Yes ☐    No ☒
    (2) If you did not raise this issue in your direct appeal, explain why:
         Because ordinarily a direct appeal is not the proper course for an ineffective assistance of counsel claim.

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
         Yes ☐    No ☒
    (2) If you answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:      N/A
    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):
    Date of the court's decision:
    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
         Yes ☐    No ☐

AO 243 (Rev. 09/17)

    (4)  Did you appeal from the denial of your motion, petition, or application?
         Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
         Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed:    N/A

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:
         N/A

**GROUND TWO:**    SEE ATTACHMENT B

    (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    SEE ATTACHMENT B

  (b) **Direct Appeal of Ground Two:**
    (1)  If you appealed from the judgment of conviction, did you raise this issue?
         Yes ☐    No ☒

AO 243 (Rev. 09/17)

    (2)  If you did not raise this issue in your direct appeal, explain why:
Appellate counsel failed to raise the issue under the plain-error standard of review.

  (c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☒

    (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3)  Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:    N/A

AO 243 (Rev. 09/17)

**GROUND THREE:** _____SEE ATTACHMENT C_____

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

        SEE ATTACHMENT C

    (b) **Direct Appeal of Ground Three:**
        (1) If you appealed from the judgment of conviction, did you raise this issue?
            Yes ☐    No ☒
        (2) If you did not raise this issue in your direct appeal, explain why:

    (c) **Post-Conviction Proceedings:**
        (1) Did you raise this issue in any post-conviction motion, petition, or application?
            Yes ☐    No ☐
        (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

        (3) Did you receive a hearing on your motion, petition, or application?
            Yes ☐    No ☐
        (4) Did you appeal from the denial of your motion, petition, or application?
            Yes ☐    No ☐
        (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
            Yes ☐    No ☐

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** SEE ATTACHMENT D

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE ATTACHMENT D

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

N/A

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):
        N/A

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:
    N/A

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

The grounds werent presented to a federal court because the proper avenue is a motion to vacate, set aside, or correct a sentence under, 28, U.S.C., section 2255.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.                                    N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:    Attorney Julie Reamy

(b) At the arraignment and plea:    Attorney Julie Reamy

(c) At the trial:    Attorney Teresa Whalen + Paul Enzinna

(d) At sentencing:    Attoney Teresa Whalen + Paul Enzinna

(e) On appeal:    Adam B. Schwartz 401 9th st NW suite 800 WDC, 20008

(f) In any post-conviction proceeding:    N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:    N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:    N/A

(b) Give the date the other sentence was imposed:    N/A
(c) Give the length of the other sentence:    N/A
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

vacate the judgement of conviction and sentence, and schedule the matter for further proceedings.
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____September 24, 2025_____ .
(month, date, year)

Executed (signed) on ___9/24/2025___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13 of 13